R. Shawn Oller, Bar No. 019233
soller@littler.com
Amanda M. Browder, Bar No. 030687
abreemes@littler.com
LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona  85016
Telephone:   602.474.3600
Fax No.:      602.597.1801

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Charmaine Melton, | Case No. 2:21-cv-00843-JZB |
|---|---|
| Plaintiff, | **JOINT REPORT ON GOOD FAITH SETTLEMENT TALKS** |
| v. | |
| Ulta Salon, Cosmetics & Fragrance, Inc., | |
| Defendant. | |

    Pursuant to this Court's Order [Doc 32], the parties hereby submit their joint report on good faith settlement discussions. The parties engaged in good faith settlement discussions on May 3, 2022.  The parties continue to explore the possibility of settlement. The parties do not require the Court's assistance at this time.

Dated: May 12, 2022

*s/ Amanda M. Browder*
R. Shawn Oller
Amanda M. Browder
LITTLER MENDELSON P.C.
Attorneys for Defendant

*s/ Patricia Kirtley Wells (with permission)*
Patricia Kirtley Wells
Kirtley Wells Law Office
Attorneys for Plaintiff

LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 12th day of May, 2022, to:

Patricia Kirtley Wells
Kirtley Wells Law Office
4742 N 24th Street, Suite 300
Phoenix, AZ 85016
tk@kwlolaw.com
*Attorney for Plaintiff*

s/Stephany Mitchell

LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

2