Patricia Kirtley Wells (#013905)
Kirtley Wells Law Office
4742 N. 24th Street, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 264-7424
E-Mail: tk@kwlolaw.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charmaine Melton,<br><br>           Plaintiff,<br><br>      v.<br><br>Ulta Salon, Cosmetics & Fragrance, Inc.'<br><br>           Defendant. | CV-21-00843 PHX-JZB<br><br>NOTICE OF SETTLEMENT |

   Plaintiff Charmaine Melton hereby provides notice to the Court that the parties have settled this matter and will file the appropriate dismissal paper shortly.

   DATED this 7th day of July, 2022.

                              Kirtley Wells Law Office

                              By *s/Trisha Kirtley*
                                 Trisha Kirtley
                                 Attorney for Plaintiff

I certify that on this 7th day of July 2022, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Shawn Oller
Amanda Browder
Littler Mendelson PC

/s/Trisha Kirtley